United States Courts
Southern District of Texas
ENTERED

MAR 1 7 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA TOOMEY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-4030 |
| WIESNER DODGE INC. – TOMBALL, | § § § | |
| Defendant. | § | |

### MEMORANDUM AND ORDER

Pursuant to the Court's announcement at the scheduling conference held today, the Court hereby **ORDERS** the Clerk of the Court to seal the Complaint filed in this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16re day of March 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1